United States District Court
Southern District of Texas
**ENTERED**
May 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | § |
| Plaintiffs, | § |
| VS. | §  CIVIL ACTION NO. 7:23-cv-00038 |
| MORAMA INVESTMENTS, LLC, *et al.* | § |
| Defendants. | § |

## ORDER

The Court now considers the parties' "Joint Stipulation of Dismissal."[1] Therein, the parties state that "the claims in this suit have settled" and "Plaintiff hereby stipulates dismissal of its claims in this lawsuit against Defendants <u>with</u> prejudice to refiling same."[2]

Because the stipulation is signed by both parties[3] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they have effectively dismissed this case and no further action by this Court is necessary.[4]

All of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated, and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 24th day of May 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 9.
[2] *Id.* at 1, ¶¶ 1, 4 (emphasis in original).
[3] *Id.*
[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).